RUSH et al. v. BAILEY. (Circuit Court of Appeals, Fifth Circuit. February 10, 1903.) No. 1,203. Appeal from the Circuit Court of the United States for the Northern District of Mississippi. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. As neither of the judges who participated in the decision of this case desires a rehearing, but each is still satisfied with the justice and equity of the decision as rendered, the application for rehearing is denied.

---

SULLIVAN et al. v. KING. (Circuit Court of Appeals, Fifth Circuit. February 3, 1903.) No. 1,207. Appeal from the Circuit Court of the United States for the Western District of Texas. C. L. Bates and J. C. Sullivan, for appellants. S. G. Newton and R. H. Ward, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This appeal is brought to review the proceedings in the bankruptcy court, where, on an issue of bankruptcy, a trial by jury was had, verdict rendered, and judgment entered thereon, and must be dismissed on the authority of Elliott & Co. et al., appellants, v. Ferdinand Toeppner, appellee (recently decided in the supreme court of the United States) 23 Sup. Ct. 133, 47 L. Ed. ——. Decree accordingly.